BEFORE THE SECOND DIVISION, FEBRUARY 20, 1943

**No. 48041.**—Protests 939214–G, etc., of A. Hirschberger (New York),

Opinion by TILSON, J.   In accordance with stipulation of counsel and on the authority of Abstract 47291 the protests were sustained.

**No. 48042.**—Protests 874788–G (6), etc., of A. S. Stark & Bro., Inc. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel and on the authority of Abstract 47291 the protests were sustained.

**No. 48043.**—Protests 19236–K, etc., of Aron Novelty Corp. et al. (New York).

Opinion by TILSON, J.   Following *United States* v. *Armand Schwab & Co.* (30 C. C. P. A. 72, C. A. D. 218), the protests were sustained, in accordance with stipulation of counsel.

**No. 48044.**—Protests 48314–K, etc., of Aron Novelty Co., Inc., et al. (New York).

Opinion by TILSON, J.   Following *United States* v. *Armand Schwab & Co.* (30 C. C. P. A. 72, C. A. D. 218), the protests were sustained in accordance with stipulation of counsel.

**No. 48045.**—Protest 545779–G of Superior Hat Co. (St. Louis).

Opinion by TILSON, J.   In accordance with stipulation of counsel that certain items consist of 8-bu. paper hats the protest was sustained to this extent, following *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664).

**No. 48046.**—Protests 643688–G, etc., of W. X. Huber Co. (Los Angeles).

Opinion by KINCHELOE, J.   It was stipulated that certain of the merchandise in question consists of cotton rags the same as those involved in *United States* v. *Schapiro* (24 C. C. P. A. 343, T. D. 48771).   The claim for free entry under paragraph 1750 was sustained in accordance with the percentages as stipulated.

FEBRUARY 19, 1943

**No. 48047.**—⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛—Protests 914813–G, etc., of S. Nathan & Co., Inc. ⬛⬛⬛⬛⬛⬛   Plaintiff's application for rehearing denied.